UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
)
HOMETOWN FINANCE, INC., ) CASE NO. 99-13888-FJO-7
HOMETOWN INVESTMENT, INC. )
)
DEBTORS. )

### NOTICE OF ADDRESS CHANGE FOR CREDITOR ON MAILING MATRIX

Notice is hereby given to the Court that the following creditor's address has been corrected and should be reflected on the mailing matrix in this case:

> Copple, William J.
> Copple, Judith I.
> 124 Sea Oats Drive
> Panama City Beach, FL 32413

The incorrect address currently listed on the matrix is 12460 W 525 S in Columbus.

Respectfully submitted,

RUBIN & LEVIN, P.C.

By: _____
Martha R. Lehman

RUBIN & LEVIN, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161
(317) 634-0300
FAX No. (317) 263-9411
MRL/mcb G:\WP80\BANKRUPT\Hometown\address change3

DOCUMENT NO. 46